IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JIM S. ADLER, P.C. and JIM ADLER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | No. 3:19-cv-2027-K-BN |
| | § | |
| ANGEL L. REYES & ASSOCIATES PC | § | |
| D/B/A REYES BROWNE REILLY, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate David L. Horan dated August 7, 2020. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are **OVERRULED**, and Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court.

Defendant's Motion to Dismiss Plaintiffs' Complaint or Alternative Motion for a More Definite Statement [Dkt. No. 10] is granted in part and denied in part. The Court grants the motion as to Plaintiffs' claims for misappropriation of name or

likeness and misappropriation of business opportunity and dismisses those claims with prejudice. Otherwise, the motion is **DENIED**.

**SO ORDERED.**

**Signed August 29th, 2020.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE